### No. 84.—N. Norris *v.* G. W. Warren.

If the appeal is taken in open court in a case where the judge *a quo* is required to fix the amount of the bond, the order fixing the amount of security must be entered on the minutes of the court with the order granting the appeal. C. P. 573, 574.

APPEAL from the Eleventh District Court, parish of Claiborne. J. S. *Young* (attorney at law), Special Judge, *vice* Egan, J., recused. *Gray & Blackman,* for plaintiff and appellant. *J. D. Watkins,* for defendant and appellee.

WYLY, J. A motion is made to dismiss this appeal, because there was no order of appeal granted by the court below.

It appears from the record that the following entry was made on the minutes of the court, viz:

"Plaintiff's motion of appeal filed, and defendant's counsel takes cognizance, and appeal bond fixed at two hundred and fifty dollars."

This is not a sufficient compliance with article 574 C. P., and also 573 C. P., and the amendment thereof, which requires that "the judge shall fix the amount of security, and cause the same, with the order granting the appeal, to be entered on the minutes of the court." * * *

The entry that the motion for appeal was filed, does not show that it was granted. Moore *v.* Simms, 21 An. 649.

Let this appeal be dismissed, at the cost of appellant.